Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Alexander Setzepfandt (SBN 340207)
alex@ehrlich-craig.com
Emily E. Berry (SBN 248008)
emily@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Yida Gao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>Yida Gao,<br><br>   Defendant. | Case No.: 4:24-cr-00611-AMO<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

Defendant, Yida Gao, pled guilty in the above-referenced case on January 27, 2025, to one count of securities fraud in violation of 15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5. On February 26, 2026, the Court granted the parties' joint stipulation authorizing the Clerk to accept Defendant's payments in advance of an order of restitution. Pursuant to the Court's Order, Defendant transferred $1,945,424, the restitution amount set forth in the plea agreement, to the registry of the Clerk of the Court on May 15, 2026.

The parties are continuing to work together, including on ongoing related cases that are not fully resolved. In light of Defendant's continuing cooperation, the parties therefore request that the Court vacate the currently scheduled hearing for July 8, 2026, and set a status conference on November 2, 2026, at 10:30 a.m.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Alexander Setzepfandt*

ALEXANDER SETZEPFANDT
MILES EHRLICH
EMILY BERRY
EHRLICH & CRAIG LLP

Counsel for Yida Gao

Dated: May 29, 2026

*/s/ Benjamin K. Kleinman*

MOLLY K. PRIEDMAN
BENJAMIN KLEINMAN

Assistant United States Attorneys

JOINT STIP. AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE                    - 2 -                    CASE NO. 4:24-cr-00611-AMO

# [PROPOSED] ORDER

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Yida Gao's hearing, which is currently set for June 8, 2026, at 10:30 a.m., is vacated and a status conference is set for November 2, 2026, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  6/2/2026

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

- 3 -

CASE NO. 4:24-cr-00611-AMO